*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ronald H. Humphrey
    Debtor(s)                            Case No: 15–17589–amc
                                                        Chapter: 13

___

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

        on: 9/13/16

        at: 10:00 AM

        in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/14/16                                                                                              For The Court

                                                                                                  Timothy B. McGrath
                                                                                                  Clerk of Court