United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-17589-amc
Ronald H. Humphrey                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jul 14, 2016
                              Form ID: 160              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
```
db         +Ronald H. Humphrey,    5418 N. Mascher Street,    1st Floor,    Philadelphia, PA 19120-2908
13619183   +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13619184   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13619185   +Christina Cannady,    3919 POPLAR STREET,    Philadelphia, PA 19104-1115
13619187   +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13619186   +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518,
             ccpc@ccpclaw.com
13619190   +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
13619191   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13619192   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13619195   +Mitchell Klein, Esquire,    901 Arch Street,    Philadelphia, PA 19107-2404
13619196    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
13619197   +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-4912
13619199   +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13619198   +Police and Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13619201   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
13619202   +Unifund Ccr Partners,    Edwin A. Abrahamsen & Assoc,    1729 Pittston Avenue,
             Scranton, PA 18505-4514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:20     City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13717858   +E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:20
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13619188   +E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:20     City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13619189   +E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:19     City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadephai, PA 19102-1504
13619193    E-mail/Text: cio.bncmail@irs.gov Jul 15 2016 01:41:59     I.R.S.,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
13619194    E-mail/Text: camanagement@mtb.com Jul 15 2016 01:42:01     M & T Bank,    Attn: Bankruptcy,
             1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13657025    E-mail/Text: camanagement@mtb.com Jul 15 2016 01:42:01     M&T BANK,    PO BOX 1288,
             Buffalo, NY 14240
13644062    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 01:42:06
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
13619200   +E-mail/Text: courtinfo@myshs.com Jul 15 2016 01:42:13     Safehome Sec,
             55 Sebethe Drive, Suite 201,    Cromwell, CT 06416-1054
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Stacey                 Page 2 of 2                  Date Rcvd: Jul 14, 2016
                               Form ID: 160                 Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com
        MICHAEL A. CATALDO2   on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                           TOTAL: 7

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ronald H. Humphrey
    Debtor(s)

Case No: 15−17589−amc

Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 9/13/16

    at: 10:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/14/16

For The Court

Timothy B. McGrath
Clerk of Court

63
Form 160