*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Ronald H. Humphrey
    Debtor(s)

Case No: 15–17589–amc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for allowance of administrative expenses

    on: 10/4/16

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/14/16

Timothy B. McGrath
Clerk of Court