United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald H. Humphrey  
    Debtor

Case No. 15-17589-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 14, 2016  
                   Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
db          +Ronald H. Humphrey,   5418 N. Mascher Street,   1st Floor,   Philadelphia, PA 19120-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:25      City of Philadelphia,  
        Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,  
        5th Floor, Municipal Services Bldg,   Philadelphia, PA   19102  
                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
           ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
           JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com  
           MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ronald H. Humphrey
    Debtor(s)

Case No: 15−17589−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for allowance of administrative expenses

on: 10/4/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/14/16

Timothy B. McGrath
Clerk of Court

72
Form 167