```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-17589-amc
Ronald H. Humphrey                                              Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey              Page 1 of 2            Date Rcvd: Sep 14, 2016
                             Form ID: pdf900           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db           +Ronald H. Humphrey,    5418 N. Mascher Street,    1st Floor,    Philadelphia, PA 19120-2908
13619183     +Acs Inc,   Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13619184     +Capital 1 Bank,   Attn: Bankruptcy Dept.,     PO Box 30285,    Salt Lake City, UT 84130-0285
13619185     +Christina Cannady,    3919 POPLAR STREET,    Philadelphia, PA 19104-1115
13619187     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13619186     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102,
               ccpc@ccpclaw.com 19102-3518
13619190     +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,   Scottsdale, AZ 85250-2627
13619191     +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13619192     +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13619195     +Mitchell Klein, Esquire,    901 Arch Street,    Philadelphia, PA 19107-2404
13619196      PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
13619197     +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-4912
13619199     +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13619198     +Police and Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13619201     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13619202     +Unifund Ccr Partners,    Edwin A. Abrahamsen & Assoc,    1729 Pittston Avenue,
               Scranton, PA 18505-4514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2016 02:10:10      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:24     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13717858     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:24
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13619188     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:24     City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13619189     +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:24     City of Philadelphia,
               Bankruptcy Unit,   15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13619193      E-mail/Text: cio.bncmail@irs.gov Sep 15 2016 02:09:48     I.R.S.,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
13619194      E-mail/Text: camanagement@mtb.com Sep 15 2016 02:09:49     M & T Bank,   Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13657025      E-mail/Text: camanagement@mtb.com Sep 15 2016 02:09:49     M&T BANK,   PO BOX 1288,
               Buffalo, NY 14240
13644062      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 02:09:59
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13619200     +E-mail/Text: courtinfo@myshs.com Sep 15 2016 02:10:07     Safehome Sec,
               55 Sebethe Drive, Suite 201,    Cromwell, CT 06416-1054
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Sep 14, 2016
                              Form ID: pdf900           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
Ronald H. Humphrey

DEBTOR  :  BKY. NO. 15-17589AMC

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
## FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7. A hearing shall be held on October 4, 2016, 2016 at 11:00 Am in Bankruptcy Court No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

By the Court:

Date: 9/13/16

Hon. ASHELY M. CHAN