# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
Ronald H. Humphrey

DEBTOR  :  BKY. NO. 15-17589AMC

## CERTIFICATE OF SERVICE

I, MICHAEL A. CATALDO, Attorney for the Debtor, do hereby certify that a true and correct copy of the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES was served upon all creditors and parties in interest by electronic means or first class mail, postage pre-paid.

Dated: **September 26, 2016**                     /s/
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102
(215) 735-1060