# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
Ronald H. Humphrey

         DEBTOR             :        BKY. NO.  15-17589AMC

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Amended Notice of Application and Amended Application to Approve Counsel Fees.

                                        Respectfully Submitted,

Date:  October 3, 2016            _____s/_____
                                        MICHAEL A. CATALDO, ESQUIRE
                                        CIBIK & CATALDO, P.C.
                                        1500 WALNUT STREET, STE. 900
                                        PHILADELPHIA, PA  19102
                                        (215) 735-1060