United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Ronald H. Humphrey  
    Debtor

Case No. 15-17589-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 05, 2016  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.  
db         +Ronald H. Humphrey,   5418 N. Mascher Street,   1st Floor,   Philadelphia, PA 19120-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com  
      MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 13
Ronald H. Humphrey

         DEBTOR                      :        BKY. NO.   15-17589AMC

### ORDER APPROVING COUNSEL FEE

AND NOW, this ____ day of October 2016, in consideration of the foregoing Amended Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,500.00** is approved and the balance due counsel in the amount of **$4,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Ronald Humphrey
      5418 N. Mascher Street
      1st Floor
      Philadelphia, PA 19120

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119